IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

          v.

KENNETH BASH et al.,

          Defendant.

CASE NO. 1:20-MJ-00129-EPG

ORDER TO UNSEAL COMPLAINT

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the redacted version of the Complaint filed on November 17, 2020, and docket pertaining to defendant Cody Brown, be unsealed and become public record.

DATED: __Dec 7, 2020__

_____
HON. STANLEY A. BOONE
U.S. MAGISTRATE JUDGE