```
JOHN F. GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant,
CODY BROWN
```

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CODY BROWN,<br><br>　　　　Defendant. | Case No. 1:20-MJ-00129 EPG<br><br>**STIPULATION TO CONTINUE DETENTION HEARING AND ORDER THEREON**<br><br>**DATE:  December 18, 2020**<br>**TIME:  2:00 p.m.**<br>**Courtroom Nine**<br><br>**Honorable Stanley A. Boone** |

　　　　Defendant, CODY BROWN, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, McGregor W. Scott, United States Attorney and Stephanie Stokman, Assistant United States Attorney, hereby stipulate to continue the Detention Hearing from December 14, 2020 to December 18, 2020 at 2:00 p.m. This continuance is necessary to allow the defendant additional time to provide additional information to the Pretrial Services Office and the Court regarding proposed third party custodians and a suitable residence upon his release. The facts establishing good cause are as follows:

　　　　On December 9, 2020 the defendant appeared at a Detention Hearing before this Court. The defendant requested release to Westcare for residential substance abuse treatment. The Pretrial Services report indicated that Westcare had a bed available on December 21, 2020. The

Pretrial Services report however indicated that the defendant's proposed third party custodian, his mother, was not capable of committing to be Cody Brown's third party custodian nor was she able to provide him with a place to live upon his release from Westcare (in approximately 90 days). The Court granted the defendant's request to continue the Detention Hearing to December 14, 2020 to allow defendant's counsel time to locate another person who would be a suitable third party custodian and locate a suitable residence for the defendant to reside at following his release from Westcare.

On December 10, 2020 counsel went to the Fresno County jail and attempted to meet with the defendant to obtain information regarding the identity of possible third party custodians and residences. Counsel was informed by the jail staff that Cody Brown was in medical isolation and could not be interviewed. The jail staff however advised counsel that he could schedule a telephone conference with the defendant, but the earliest available time was 4:45 pm that date. Counsel agreed to the time and provided the jail staff with his telephone number. (Counsel observed the jail staff type the scheduled telephone call into the computer.) Counsel returned to his office and remained there until 7:00 pm, however, counsel did not receive a telephone call from Cody Brown on December 10, 2020.

On December 11, 2020 counsel submitted a Federal Inmate In-Custody Request for Interview to the Fresno County Jail and arranged for a phone interview with Cody Brown at 3:00 pm on December 11, 2020. Assuming the telephone interview takes place as scheduled, counsel will not have the time necessary to contact the individuals identified by the defendant as possible third party custodians or those who may provide the defendant a residence and then notify the Pretrial Services Office of the identity of those persons in time for the Pretrial Services Office to

confirm the information provided and prepare a supplemental report to the Court for the December 14, 2020 Detention Hearing.

Therefore, the defendant submits that good cause has been established to justify the continuance of the Detention Hearing from December 14, 2020 to December 18, 2020.

**IT IS SO STIPULATED**:

Dated:  December 11, 2020                     /s/ John F. Garland
                                                               John F. Garland
                                                               Attorney for Defendant
                                                               CODY BROWN


Dated:  December 11, 2020                     McGregor W. Scott
                                                               United States Attorney

                                                               /s/   Stephanie Stokman
                                                          By:   Stephanie Stokman
                                                               Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties, IT IS HEREBY ORDERED that the Detention Hearing for defendant Cody Brown be continued from December 14, 2020 to **December 18, 2020 at 2:00 p.m.**

IT IS SO ORDERED.

Dated:  __**December 11, 2020**__                     _____
                                                                            UNITED STATES MAGISTRATE JUDGE